June 17, 2011

Mr. Reagan W. Simpson
King & Spalding LLP
401 Congress Ave., Suite 3200
Austin, TX 78701
Ms. Lisa D. Powell
Atlas & Hall, L.L.P.
P.O. Box 3725
McAllen, TX 78502-3725

RE: Case Number: 09-0039
 Court of Appeals Number: 13-03-00560-CV
 Trial Court Number: 98-J-0590-C

Style: BIC PEN CORPORATION
 v.
 JANACE M. CARTER, AS NEXT FRIEND OF BRITTANY CARTER

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367. (Justice
Green not sitting)

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Mr. Kyle H. Dreyer|
| | |
| |Mr. Darrell L. |
| |Barger |
| |Mr. Bert L. |
| |Huebner |
| |Mr. Daniel W. |
| |Shindler |
| |Ms. Dorian E. |
| |Ramirez |
| |Ms. Becky Denn |
| |Mr. O. Rey |
| |Rodriguez |